IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JESUS MANZANARES NUNEZ. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Compel Discovery (#13), and the Addendum thereto (#14). Having considered defendant's Motion to Compel Discovery, and the Addendum thereto, and it appearing from the addendum that defendant has received the discovery requested, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Compel Discovery (#13), and the Addendum thereto (#14) are **DENIED** as moot

Signed: October 29, 2007

Dennis L. Howell
United States Magistrate Judge